Filed: June 15, 1999

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

Nos. 98-4232(L)
(CR-97-160)

United States of America,

Plaintiff - Appellee,

versus

Christopher Lamont Lewis, etc., et al,

Defendants - Appellants.

O R D E R

The court amends its opinion filed May 4, 1999, as follows:

On page 3, first full paragraph, line 8 -- the phrase is corrected to begin "that the trial court did not abuse its discretion . . . ."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-4232**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER LAMONT LEWIS, a/k/a Fuzz,

Defendant - Appellant.

---

**No. 98-4235**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY LOPEZ GRIFFITH, a/k/a Rodney Bess,
a/k/a Rodney Lopez, a/k/a Rod Dog, a/k/a
Rodney Lopez Griffin,

Defendant - Appellant.

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

RODNEY TERRONE PURVIS, a/k/a Rod Dog,

                                        Defendant - Appellant.

Appeals from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., District Judge.  (CR-97-160)

Submitted:  March 30, 1999              Decided:  May 4, 1999

Before MURNAGHAN, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis C. Allen, III, Federal Public Defender, Gregory Davis, Thomas N. Cochran, Assistant Federal Public Defenders, Greensboro, North Carolina; Thomas K. Maher, Chapel Hill, North Carolina; Charles J. Alexander, II, Benjamin D. Porter, Winston-Salem, North Carolina, for Appellants.  Walter C. Holton, Jr., United States Attorney, Douglas Cannon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these three consolidated appeals, Christopher Lamont Lewis, Rodney Lopez Griffith, and Rodney Terrone Purvis, appeal their jury convictions and resulting sentences for their participation in conspiracies to distribute drugs in Kimberly Park, a housing project in Winston Salem, North Carolina. Because we find the evidence sufficient to support the jury convictions of Lewis and Purvis, see United States v. Burgos, 94 F.3d 849 (4th Cir. 1996) (en banc); that the trial court did not abuse its discretion in admitting certain evidence of Lewis's drug sales and an agreement by Griffith to sell marijuana, see United States v. Rawle, 845 F.2d 1244, 1247 (4th Cir. 1988); that the court did not clearly err in determining drug quantity at Lewis' sentencing, see United States v. Vinson, 886 F.2d 740, 742 (4th Cir. 1989); and that the Government did not violate federal law in offering testimony from convicted drug dealers, see United States v. Singleton, 165 F.3d 1297 (10th Cir. 1999) (en banc), we affirm all of the Appellants' convictions and sentences.

We dispense with oral argument because the facts and legal contentions of the parties are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED

4